IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

YOLANDA HANANIYA,

    Plaintiff,

vs.

                            Civ. No. 02-2793-D/P

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER GRANTING CONTINUANCE

Before the Court is plaintiff's Motion for Continuance, filed May 13, 2005 (Dkt #66). For good cause shown, the motion is GRANTED. The parties are hereby ordered to appear before **Magistrate Judge Tu M. Pham, Courtroom #6, Third Floor,** on **June 9, 2005, at 10:15 a.m.** for a scheduling conference.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/18/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:02-CV-02793 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Yolanda Michelle Hananiya
6199 Sagebrush Lane
Apt. 3
Memphis, TN 38115

Patrick Daniel Riederer
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT