IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -6 PM 5:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

YOLANDA M. HANANIYA,

    Plaintiff,

vs.

                    Civil Action No: 02-2793 BRE
                    JURY TRIAL DEMANDED

CITY OF MEMPHIS,

    Defendant.

---

## ORDER

---

This matter having come before the Court, upon motion of the plaintiff, by and through her counsel, Kathleen L. Caldwell, for a two-week extension of time to designate expert disclosure and for a similar extension for Defendant's designation of expert witness, and the Court being advised that there is no opposition to said motion, and upon argument of counsel the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that a two-week extension of time for Plaintiff to designate expert disclosure in the above-styled and numbered matter is granted, namely to September 14, 2005; and

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

1

Defendant shall likewise be extended to October 15, 2005 to designate its expert witness. .

**ORDERED** this 31 day of August, 2005.



U.S. District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:02-CV-02793 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Yolanda Michelle Hananiya
6199 Sagebrush Lane
Apt. 3
Memphis, TN 38115

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Patrick Daniel Riederer
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT