IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| YOLANDA MICHELLE HANANIYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02-2793-D Bre |
| ) | |
| CITY OF MEMPHIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE AND DISCOVERY DEADLINE**

Having fully considered Defendant's Motion for Extension of its Expert Disclosure Deadline and the Discovery Deadline, the Court finds that said motion is well taken and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's deadline for expert disclosures is extended to November 30, 2005 and the parties' discovery deadline is extended to December 16, 2005.

SO ORDERED this 17th day of October, 2005.

UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:02-CV-02793 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Yolanda Michelle Hananiya
6199 Sagebrush Lane
Apt. 3
Memphis, TN 38115

Patrick Daniel Riederer
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Bernice Donald
US DISTRICT COURT