**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 DEC 13  AM 10: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| YOLANDA MICHELLE HANANIYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-2793-D Bre |
| | ) | |
| CITY OF MEMPHIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINE, DISCOVERY DEADLINE AND DISPOSITIVE MOTIONS DEADLINE**

Having fully considered Defendant's Motion for Extension of its Expert Disclosure Deadline and the Discovery and Dispositive Motions Deadlines, the Court finds that said motion is well taken and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's deadline for expert disclosures is extended to December 31, 2005, the parties' discovery deadline is extended to January 13, 2006, and the parties' dispositive motions deadline is extended to January 31, 2006.

SO ORDERED this 12 day of December 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:02-CV-02793 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Patrick Daniel Riederer
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Yolanda Michelle Hananiya
6199 Sagebrush Lane
Apt. 3
Memphis, TN 38115

Honorable Bernice Donald
US DISTRICT COURT